NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTHONY JONES,**

*Plaintiff-Appellant*

**v.**

**SECURITAS SECURITY SERVICES USA, INC.,**

*Defendant-Appellee*

---

2026-1247

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:25-cv-05366-JFM, Judge John F. Murphy.

---

Before TARANTO, MAYER, and STARK, *Circuit* Judges.

PER CURIAM.

### O R D E R

In this private-sector employment dispute, Anthony Jones seeks review of the United States District Court for the Eastern District of Pennsylvania's dismissal of his complaint.  Because it did not appear this court had jurisdiction over the appeal, we directed the parties to show cause why this case should not be dismissed or transferred.  Neither party has responded to the show cause order.

2          JONES v. SECURITAS SECURITY SERVICES USA, INC.

In general, we only have jurisdiction over an appeal from a final district court decision in cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States not exceeding $10,000 in amount, *id.* §§ 1295(a)(2), 1346(a)(2). Mr. Jones's case does not fall within any of those categories, such that we lack jurisdiction.

While 28 U.S.C. § 1631 authorizes this court to transfer an appeal to another federal court where it could have been brought in the first instance, that is unwarranted here because the United States Court of Appeals for the Third Circuit already received and docketed the same notice of appeal. *Jones v. Securitas Security Services USA Inc.*, No. 25-3415 (3rd Cir. Dec. 10, 2025). We therefore dismiss.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 13, 2026
Date